**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.**

MCCARTENEY WOOD PIERRE-LOUIS,

    Plaintiff,

v.

WE COVER HEALTH LLC,
JEREMY D. HUDSON,
MY HEALTHCARE MATTERS LLC, and
JOHNNY CRUZ,

    Defendants.

_____ /

**SUMMONS IN A CIVIL ACTION**

To:         Defendant:     We Cover Health LLC
         Registered Agent:  Jeremy D. Hudson
                           400 Sawgrass Corporate Pkwy
                           Sunrise, Florida 33323

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

             Dillon S. Cuthbertson, Esq.
             Koz Law, P.A.
             800 East Cypress Creek Road, Suite 421
             Fort Lauderdale, Florida 33334

                              Tel:    (786) 924-9929
                              Fax:   (786) 358-6071
                              Email: dc@kozlawfirm.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____           _____

                                             *Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.**

MCCARTENEY WOOD PIERRE-LOUIS,

    Plaintiff,

v.

WE COVER HEALTH LLC,
JEREMY D. HUDSON,
MY HEALTHCARE MATTERS LLC, and
JOHNNY CRUZ,

    Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

To:        Defendant:    My Healthcare Matters LLC
        Registered Agent:  Johnny Cruz
                        3111 N. University Drive #705
                        Coral Springs, Florida 33065

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dillon S. Cuthbertson, Esq.
Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, Florida 33334

Tel:   (786) 924-9929
Fax:  (786) 358-6071
Email: dc@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____               _____

                                         *Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.**

MCCARTENEY WOOD PIERRE-LOUIS,

     Plaintiff,

v.

WE COVER HEALTH LLC,
JEREMY D. HUDSON,
MY HEALTHCARE MATTERS LLC, and
JOHNNY CRUZ,

     Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

To:      Defendant:      Jeremy D. Hudson
400 Sawgrass Corporate Pkwy
Sunrise, Florida 33323

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dillon S. Cuthbertson, Esq.
Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, Florida 33334

Tel:   (786) 924-9929
Fax:  (786) 358-6071
Email: dc@kozlawfirm.com

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

                              *Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.**

MCCARTENEY WOOD PIERRE-LOUIS,

    Plaintiff,

v.

WE COVER HEALTH LLC,
JEREMY D. HUDSON,
MY HEALTHCARE MATTERS LLC, and
JOHNNY CRUZ,

    Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

To:        Defendant:      Johnny Cruz
                                     3111 N. University Drive #705
                                     Coral Springs, Florida 33065

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Dillon S. Cuthbertson, Esq.
        Koz Law, P.A.
        800 East Cypress Creek Road, Suite 421
        Fort Lauderdale, Florida 33334

        Tel:    (786) 924-9929
        Fax:   (786) 358-6071
        Email: dc@kozlawfirm.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

                                     _____
                                     *Signature of Clerk or Deputy Clerk*