**Exhibit A**
**Statement of Claim**
**Plaintiff McCarteney Wood Pierre-Louis**

## Unpaid Overtime and Minimum Wages

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Average Weekly Amount Paid[1] | Applicable Non-Overtime Hourly Rate[1] | Applicable Overtime Hourly Rate[1] | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|
| 3/10/25 - 4/11/25 | 4.71 | 53.75 | $    - | $    13.00 | $    27.91 | $    3,294.11 | $    966.29 | $    4,260.40 |
| 3/3/25 - 3/9/25 | 1.00 | 53.75 | $ 1,000.00 | $    18.60 | $    27.91 | $    - | $    127.91 | $    127.91 |
| 2/24/25 - 3/2/25 | 1.00 | 53.75 | $ 1,200.00 | $    22.33 | $    33.49 | $    - | $    153.49 | $    153.49 |
| 2/17/25 - 2/23/25 | 1.00 | 53.75 | $ 1,500.00 | $    27.91 | $    41.86 | $    - | $    191.86 | $    191.86 |
| 2/10/25 - 2/16/25 | 1.00 | 53.75 | $ 1,000.00 | $    18.60 | $    27.91 | $    - | $    127.91 | $    127.91 |
| | | | | | | $    3,294.11 | $ 1,567.45 | $ 4,861.56 |

|  |  |
|---|---|
| Total Unpaid Minimum Wages[1] = | $ 3,294.11 |
| Total Unpaid Overtime Wages[1] = | $ 1,567.45 |
| Total Liquidated Damages[1] = | $ 4,861.56 |
| Total[1] = | $ 9,723.12 |

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process, litigation, and/or at trial.