# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.    0:26-cv-60488-MD

MCCARTENEY WOOD PIERRE-LOUIS,

    Plaintiff,

v.

WE COVER HEALTH LLC,
JEREMY D. HUDSON,
MY HEALTHCARE MATTERS LLC, and
JOHNNY CRUZ,

    Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

To:    Defendant:    We Cover Health LLC
        Registered Agent:    Jeremy D. Hudson
            400 Sawgrass Corporate Pkwy
            Sunrise, Florida 33323

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dillon S. Cuthbertson, Esq.
Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, Florida 33334

Tel:  (786) 924-9929
Fax:  (786) 358-6071
Email: dc@kozlawfirm.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 23, 2026



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ B. Chin
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.        0:26-cv-60488-MD

MCCARTENEY WOOD PIERRE-LOUIS,

    Plaintiff,

v.

WE COVER HEALTH LLC,
JEREMY D. HUDSON,
MY HEALTHCARE MATTERS LLC, and
JOHNNY CRUZ,

    Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

To:   Defendant:          My Healthcare Matters LLC
     Registered Agent:   Johnny Cruz
                               3111 N. University Drive #705
                               Coral Springs, Florida 33065

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dillon S. Cuthbertson, Esq.
Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, Florida 33334

Tel:   (786) 924-9929
Fax:   (786) 358-6071
Email: dc@kozlawfirm.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 23, 2026



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ B. Chin
Deputy Clerk
U.S. District Courts

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.    0:26-cv-60488-MD

MCCARTENEY WOOD PIERRE-LOUIS,

    Plaintiff,

v.

WE COVER HEALTH LLC,
JEREMY D. HUDSON,
MY HEALTHCARE MATTERS LLC, and
JOHNNY CRUZ,

    Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

To:    Defendant:    Jeremy D. Hudson
    400 Sawgrass Corporate Pkwy
    Sunrise, Florida 33323

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dillon S. Cuthbertson, Esq.
Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, Florida 33334

Tel:    (786) 924-9929
Fax:    (786) 358-6071
Email: dc@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 23, 2026



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ B. Chin
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.        0:26-cv-60488-MD

MCCARTENEY WOOD PIERRE-LOUIS,

    Plaintiff,

v.

WE COVER HEALTH LLC,
JEREMY D. HUDSON,
MY HEALTHCARE MATTERS LLC, and
JOHNNY CRUZ,

    Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

To:    Defendant:    Johnny Cruz
    3111 N. University Drive #705
    Coral Springs, Florida 33065

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dillon S. Cuthbertson, Esq.
Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, Florida 33334

Tel:    (786) 924-9929
Fax:    (786) 358-6071
Email: dc@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Feb 23, 2026

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ B. Chin
Deputy Clerk
U.S. District Courts